UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nuon Touch, | Case No.: 2:11-cv-00900-MCE -GGH |
| Plaintiff, | **ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| The Brachfeld Law Group, P.C.; et. al., | |
| Defendants. | |

Pursuant to the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice, filed in this action, the above-captioned action is hereby dismissed with prejudice. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: August 29, 2011

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE